IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL R. HARDING and SALLY HARDING, his wife, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 17-251 (MN) (SRF) ) |
| A.O. SMITH CORP., et al. | ) ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

WHEREAS, on January 22, 2019, Magistrate Judge Fallon issued a Report and Recommendation (D.I. 213) in this action, recommending that the Court grant-in-part and deny-in-part Defendant Weil-McLain's Motion for Summary Judgment;

WHEREAS, no party filed objections to the Report and Recommendation pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED this 6th day of February 2019 that the Report and Recommendation is ADOPTED.

Defendant Weil-McLain's Motion for Summary Judgment (D.I. 168) ("the Motion") is GRANTED-IN PART and DENIED-IN-PART.

Summary judgment of no punitive damages is GRANTED.

Summary judgment with respect to all other claims is DENIED.

The Honorable Maryellen Noreika
United States District Court Judge