IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL R. HARDING and SALLY HARDING, his wife, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 17-251 (MN) (SRF) |
| A.O. SMITH CORPORATION, et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

WHEREAS, on December 10, 2019, Magistrate Judge Sherry R. Fallon issued a Report and Recommendation for Order of Dismissal ("the Recommendation"; D.I. 242) that the Complaint be dismissed with prejudice as to the only remaining defendant, Georgia Pacific LLC, pursuant to Fed. R. Civ. P. 41(b);

WHEREAS, no party filed objections to the Recommendation pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period; and,

WHEREAS, the Court does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED this 6th day of January 2020 that the Recommendation is ADOPTED and the Complaint is dismissed with prejudice as to Georgia Pacific LLC.

IT IS FURTHER ORDERED that, since Georgia Pacific LLC was the only remaining defendant, the Clerk of Court is directed to CLOSE this case.

_____
The Honorable Maryellen Noreika
United States District Court